Exhibit 2

Method Claim: 1

| US9130900 | Walmart ("The accused instrumentality") |
|---|---|
| 1. A method for providing assistance to a user, comprising: | The accused instrumentality practices a method for providing assistance to a user (e.g., a shopping assistance for purchasing Walmart items via text).<br><br>As shown below, Walmart Text to Shop feature allows Walmart users to shop items, reorder items for pickup, schedule order and checkout via text. Walmart provides its customers a Walmart Text to shop bot which is a virtual agent that provides automated responses to the customer by processing user requests received through a mobile device.<br><br><br>https://www.walmart.com/ |



https://www.walmart.com/cp/walmart-app/1087865

https://play.google.com/store/apps/details?id=com.walmart.android&hl=en_US&gl=US



## Data collected
Data this app may collect

🖐 **App activity**
App interactions and In-app search history

Data collected and for what purpose ⓘ

**App interactions**
Analytics, Advertising or marketing

**In-app search history**
App functionality, Analytics, Advertising or marketing, Personalization

https://play.google.com/store/apps/datasafety?id=com.walmart.android&hl=en_US&gl=US

That's why Walmart is excited to offer our customers a new and convenient way to shop — by simply texting us. Walmart's new Text to Shop experience is available to customers for free on iOS and Android devices. You can get started here.

Text to Shop is seamlessly connected to your Walmart account, so we know your usual ordered items. Simply text the items you need, and they get added to your cart. Choose from the full selection of Walmart's products, including items from your local store and from Walmart.com. Text "reorder" to quickly review and add your frequently ordered items to your cart.

https://corporate.walmart.com/news/2022/12/14/text-to-shop-walmart-customers-can-now-shop-as-easily-as-texting



https://texttoshop.walmart.com/?

utm_source=sn8&utm_medium=blog&utm_campaign=holiday



https://www.walmart.com/cp/text-to-shop/4327215

Run out of protein powder making your morning smoothie? Text Walmart to add it to your cart. Hosting a few more people at the dinner table tonight than you originally planned? Text Walmart to quickly reorder the ingredients you need and schedule your pickup. Planning a backyard campout with the kids? Make sure to add s'mores fixings to your list, then schedule for delivery to give yourself extra time to enjoy with the kiddos.

https://corporate.walmart.com/news/2022/12/14/text-to-shop-walmart-customers-can-now-

shop-as-easily-as-texting

What can I do with Walmart Text to Shop?

With Walmart Text to Shop, you can take care of a whole shopping trip!

All the basics:
• Search for groceries, household items, and anything else sold through Walmart's website or app
• Manage what's in your Walmart cart by adding or removing things
• Schedule a pickup or delivery time or even confirm the timing for a shipping item
• Checkout with only a few steps

https://www.walmart.com/cp/text-to-shop/4327215

Who am I texting through Walmart Text to Shop?

The Walmart Text to Shop bot responds to your texts. When you text the bot, be specific so it can better understand you!

https://www.walmart.com/cp/text-to-shop/4327215



**Image Credits:** Screenshot of Walmart Text to Shop

https://techcrunch.com/2023/01/26/hands-on-with-walmarts-new-but-buggy-text-to-shop-feature/

| receiving a user request for assistance from a mobile device; | The accused instrumentality practices receiving a user request (e.g., a request for shopping items) for assistance from a mobile device (e.g., a mobile device with Walmart app installed).<br><br>As shown below, Walmart provides its customers a Walmart Text to shop bot which is a virtual agent that provides automated responses to the customer by processing user requests received through a mobile device. It receives user requests in the form of text.<br><br>That's why Walmart is excited to offer our customers a new and convenient way to shop — by simply texting us. Walmart's new Text to Shop experience is available to customers for free on iOS and Android devices. You can get started here.<br><br>Text to Shop is seamlessly connected to your Walmart account, so we know your usual ordered items. Simply text the items you need, and they get added to your cart. Choose from the full selection of Walmart's products, including items from your local store and from Walmart.com. Text "reorder" to quickly review and add your frequently ordered items to your cart.<br>https://corporate.walmart.com/news/2022/12/14/text-to-shop-walmart-customers-can-now-shop-as-easily-as-texting |

What can I do with Walmart Text to Shop?

With Walmart Text to Shop, you can take care of a whole shopping trip!

All the basics:
• Search for groceries, household items, and anything else sold through Walmart's website or app
• Manage what's in your Walmart cart by adding or removing things
• Schedule a pickup or delivery time or even confirm the timing for a shipping item
• Checkout with only a few steps

https://www.walmart.com/cp/text-to-shop/4327215

Who am I texting through Walmart Text to Shop?

The Walmart Text to Shop bot responds to your texts. When you text the bot, be specific so it can better understand you!

https://www.walmart.com/cp/text-to-shop/4327215

As shown below, Walmart Text to shop bot receives a user request such as '3 paper towels', 'I'm looking for a yoga mat', etc. from the customer.



https://texttoshop.walmart.com/



https://texttoshop.walmart.com/

# Can I browse for new items or ask for options with Text to Shop?

Absolutely! If you're shopping for something you haven't bought before, text us the item you're looking for (in as little as one word), and we'll provide a few smart options to choose from. We'll remember your picks for next time, too.

Know exactly what you want? If it's an item on your regular shopping list (for example, "half gallon milk"), we'll use your purchase history to find it and add it right to your cart.

https://texttoshop.walmart.com/what-it-can-do



https://www.youtube.com/shorts/5uLGsqfJil4

| determining semantics of the user request and identifying at least one domain, at least one task, and at least one parameter for the user request by parsing the user request to identify representations of meaning or interpretation of the user request along with location and user personal information captured by the mobile device including telephone, texting, and user activity; | The accused instrumentality practices determining semantics of the user request (e.g., a request for shopping items) and identifying at least one domain (e.g., a product type, brand, etc.), at least one task (e.g., adding an item, change quantity, swap, etc.), and at least one parameter (e.g., product quantity, etc.) for the user request by parsing the user request (e.g., a request for shopping item) to identify representations of meaning (e.g., identifying intent of the user request) or interpretation of the user request (e.g., a request for shopping items) along with location (e.g., location of the user) and user personal information captured by the mobile device including telephone (e.g., phone number), texting (e.g., messages, etc.) and user activity (e.g., previous purchase history, preferences, etc.). |
|---|---|
| | As shown below, Walmart uses Natural Language Understanding (NLU) and Natural Language Processing (NLP) to parse and determine the semantics of the user request received from the customer and deduce the meaningful interpretations of the request. |
| | For example, the user request "Add 1 galloon great value 2% milk" is parsed to identify the meaning of words such as "Add", "great value" "milk" and "2%". Wherein, 'add' is identified as at least one task, 'great value' and 'milk' are identified as domains and '2%' is identified as a parameter. |
| | As shown below, Walmart also collects information such as location of the customer to search for nearby Walmart store, telephone, texting, customer conversation, preferences, etc. from the user device. Walmart provides responses to the customer request based on the user activity. |

In addition to offering voice ordering, customers can also ask for what they want by texting Walmart through their preferred iOS and Android devices. Text to Shop enables customers to search for items, add or remove items from their carts, reorder their favorite products, and schedule a pickup or delivery when they're ready to check out, through a quick text conversation.



https://tech.walmart.com/content/walmart-global-tech/en_us/news/articles/three-ways-we-are-using-conversational-ai-at-walmart.html

The experience leverages the same Conversational AI platform and state-of-the-art retail AI models for powering NLU as Voice Order to distinguish a customer's intent and the entities related to their request (e.g., "add almond milk to cart" or "schedule delivery for 5:30 p.m.").
https://tech.walmart.com/content/walmart-global-tech/en_us/news/articles/three-ways-we-are-using-conversational-ai-at-walmart.html

Task-oriented dialogue systems aim to assist users to accomplish their daily tasks through natural language in a spoken or written form. In recent years, the widespread use of virtual assistants has also spurred the development of innovative applications such as automated customer service and shopping. Walmart has developed several virtual assistants to support its customers in many domains such as grocery shopping for consumers, customer care, and askSam for store associates through voice and text channels. Virtual assistants require natural language understanding (NLU) models to identify the intent of the user and extract associated slots (entities) as expressed in utterances, the intent classification, and slot filling tasks. In this blog, we will discuss how to unify models of virtual assistants from different domains: voice shopping and store associates. Since these models share
https://medium.com/walmartglobaltech/a-unified-multi-task-model-for-supporting-multiple-virtual-assistants-in-walmart-2b077c2c96e

As shown below, the user request "Add 1 galloon great value 2% milk" is parsed to identify the meaning of words such as "Add", "great value" "milk" and "2%". Wherein, 'add' is identified as at least one task, 'great value' and 'milk' are identified as domains and '2%' is identified as a parameter.



https://medium.com/walmartglobaltech/a-unified-multi-task-model-for-supporting-multiple-virtual-assistants-in-walmart-2b077c2c96e

Walmart has been supporting voice shopping through Google Assistant and Siri platforms (shopping domains) since 2018. For example, Walmart's customers can add *products* to their carts, search for refinement of *products* and *brands*, schedule pickup or delivery, or edit their shopping carts using the voice shopping assistant. The shopping assistant should distinguish the intent (e.g., *add to cart, checkout, search refinements,* etc.) of users and their relevant entities (e.g., *product, brand, type, time references,* etc.) of intents.

https://medium.com/walmartglobaltech/a-unified-multi-task-model-for-supporting-multiple-virtual-assistants-in-walmart-2b077c2c96e

**Intent Classification and Slot Filling**

Intent classification is a classification problem that predicts the intent label and slot filling is a sequence labeling task that tags the input word sequence with the slot label sequence. Training independent intent classification and slot filling models lead to worsening performance of models due to lack of shared representations and generalization of separate models. Recently,

https://medium.com/walmartglobaltech/a-unified-multi-task-model-for-supporting-multiple-virtual-assistants-in-walmart-2b077c2c96e

|  | 1. The vocabulary that associates use in store for their daily activities is not common with voice shopping (e.g., *"cart pusher schedule"*, *"who is in Deli* (one of the departments in stores) today," *"what is Mike's schedule for tomorrow"*, or *"pick up associate hours"*).<br><br>2. Similar words may be used in different contexts in the askSam domain and voice shopping channels. For example, store associates may mention *"who is in checkout today,"* *"what is the truck delivery schedule"* or *"John Deere scheduling"* versus our customer via voice shopping channels may mention *"checkout my cart?"*, *"schedule my delivery for today,"* *"pick up hours for tomorrow,"* or *"add John Deere Legos"*<br>https://medium.com/walmartglobaltech/a-unified-multi-task-model-for-supporting-multiple-virtual-assistants-in-walmart-2b077c2c96e |

These assistants have their own skills for their specific domain. But they also share some commonalities for retail-specific entities (e.g., *product* and *brand* detection in e-commerce shopping or at stores). The training data of the existing models are prepared by leveraging templates and syntactic data generation. Since both models have a lack of capabilities to recognize person and time entities correctly in unseen phrases, particularly in-store live logs.

https://medium.com/walmartglobaltech/a-unified-multi-task-model-for-supporting-multiple-virtual-assistants-in-walmart-2b077c2c96e

1. There are ambiguities among *person names*, common *brands,* and *products.* This kind of ambiguity can be resolved using the context of utterances. Off-the-shelf NER (named entity recognition) models detect "J*ohn Deere*" as a person in the utterance "J*ohn Deere Legos*" but by considering *Legos* in the context. "*John Deere*" should be recognized as a *brand* for the store model. However, "*John Deere*" in the utterance "*John Deers scheduling*" should be detected as a person entity in the store model by considering "*scheduling*" in the context of the utterance.

https://medium.com/walmartglobaltech/a-unified-multi-task-model-for-supporting-multiple-virtual-assistants-in-walmart-2b077c2c96e

# Can I browse for new items or ask for options with Text to Shop?

Absolutely! If you're shopping for something you haven't bought before, text us the item you're looking for (in as little as one word), and we'll provide a few smart options to choose from. We'll remember your picks for next time, too.

Know exactly what you want? If it's an item on your regular shopping list (for example, "half gallon milk"), we'll use your purchase history to find it and add it right to your cart.

https://texttoshop.walmart.com/what-it-can-do



**Image Credits:** *Screenshot of Walmart Text to Shop*

https://techcrunch.com/2023/01/26/hands-on-with-walmarts-new-but-buggy-text-to-shop-

feature/



https://passionatepennypincher.com/walmarts-new-text-to-shop/



Walmart · About   News   Purpose   Investors   Suppliers   Careers   Ask Wal

# What Personal Information Do We Collect?

We may collect or receive the categories of personal information listed below, which may depend on the products or services you may use, as well as your device and account settings. Not all categories of personal information will be collected or received about every individual.

- **Basic Personal Identifiers** such as name, telephone number, physical address, email address, government-issued identifiers (e.g., national identification numbers, driver's license numbers), and signatures
- **Device and Online Identifiers,** such as account login information, Mac address, IP address, cookie IDs, mobile ad IDs, and social media information
- **Internet and Other Network Activity Information,** such as information about your browsing or search activity as well as your interactions with our websites, mobile applications, emails, or advertisements such as keystroke patterns (these tell us if it's you who is interacting with us, or a bot)
- **Commercial Information,** such as purchase and transaction history information (such as products or services you have purchased, rented, or returned), product reviews, travel and vacation information, and sweepstakes and contest entries

https://corporate.walmart.com/privacy-security/walmart-privacy-notice

|  | <ul><li>**Geolocation:** Data about the location of your device, which may be imprecise (i.e. inferred from your device's IP address). If you provide your consent, this data may be precise. For more information about precise geolocation, see the *How Do We Collect Personal Information?* > *Collected Through Automated Means* section below.</li><li>**Sensory Information:** Audio, visual information, and other sensory information such as photographs and audio and video recordings</li><li>**Background Information:** Background and criminal information, such as background checks and criminal convictions</li><li>**Inferences:** Individual preferences and characteristics, such as inferences drawn from and related to shopping patterns and behaviors, intelligence, and aptitudes</li></ul>https://corporate.walmart.com/privacy-security/walmart-privacy-notice |

# How Do We Use Personal Information?

We use personal information to provide you with products and services and to operate and improve our business. For example, we use it for:

- Performing services, including maintaining or servicing accounts, providing customer service, processing or fulfilling orders and transactions, verifying customer information, processing payments, providing financing, providing analytics services, providing storage, or providing similar services
- Performing and providing advertising and marketing services, including targeted advertising

https://corporate.walmart.com/privacy-security/walmart-privacy-notice

|  | Also, depending on your device's settings, we may collect precise geolocation information. You can control our ability to do this by adjusting the location-sharing settings on your mobile device at any time. You also may adjust your mobile device's Bluetooth settings to disable the sharing of Bluetooth location-related data.<br><br>• Your mobile device's GPS signal allows us to show you the Walmart stores closest to you. It also lets us know when you are about to arrive to pick up your Online Grocery Pickup order after you check in.<br>• We may be able to recognize the location of your mobile device in our stores when you are in a store where we provide free WiFi access or through the use of Bluetooth technology. Through mobile services, Bluetooth technology in our stores allows us to show you nearby products that may interest you, making it easier for you to locate products within, and navigate through, the store.<br><br>https://corporate.walmart.com/privacy-security/walmart-privacy-notice |
|---|---|
| accessing one or more semantic web services, each service accessed through an application program interface (API) to retrieve data matching the at least one domain, at least one task, | The accused instrumentality practices accessing one or more semantic web services, each service accessed through an application program interface (API) (e.g., item search API, order API, etc.) to retrieve data matching the at least one domain (e.g., a product type, brand, etc.), at least one task (e.g., adding an item, change quantity, swap, etc.), and at least one parameter (e.g., product quantity, etc.).<br><br>As shown below, Walmart accesses a web service ("semantic web services") through webhook ("application interface program (API)") to collect the data for providing response to the user's command. For example, when the user request "Add 1 galloon great value 2% milk" is received, Walmart accesses the web services through item search API to retrieve products matching the user request. |

| | |
|---|---|
| and at least one parameter; |  **Item Management API Overview**<br><br>You can set up your items for sale on Walmart.com with the Item Management API. Walmart classifies a product with its corresponding listing price information as an "item." To make your items available for customers to purchase on Walmart.com the items must have their prices adjusted (optional), have inventory assigned, submitted and published.<br>https://developer.walmart.com/doc/us/mp/us-mp-items/<br><br> **Search for items in Walmart catalog by keyword or product code**<br><br>The Walmart Item Search API allows you to query the Walmart.com global product catalog by item keyword, UPC or GTIN. You can review all item information provided in the response, so you can decide whether or not you want to sell this item.<br><br>You must specify at least one query parameter, either: `query`, `gtin`, or `upc`. If there are more than one item in the catalog, the search returns the first 20 items in the response. Additionally, you can use the information provided in the `relatedQueries` response parameter to run a new search for similar items.<br><br>**Search by keyword, UPC or GTIN**<br><br>To search for a product in the Walmart global catalog, call GET /v3/items/walmart/search, and specify query parameters: `query` for a keyword search, `upc` for Universal Product Code search, or `gtin` to get the Global Trade Item Number.<br>https://developer.walmart.com/doc/us/mp/us-mp-items/ |

# Search by keyword, UPC or GTIN

To search for a product in the Walmart global catalog, call GET /v3/items/walmart/search, and specify query parameters: `query` for a keyword search, `upc` for Universal Product Code search, or `gtin` to get the Global Trade Item Number.

Example: Search by keyword

For example, to search for a keyword, enter text (e.g. ipad or fitbit) with the `query` parameter:

```
GET https://marketplace.walmartapis.com/v3/items/walmart/search?query=ipad
```

https://developer.walmart.com/doc/us/mp/us-mp-items/

 # Notifications Overview

Push notifications or Web Hooks trigger alerts to seller applications when specific events occur, such as an item is unpublished, a new purchase order is created, an item's inventory is out of stock, etc. Whenever the trigger event occurs, Walmart will send a notification payload with event details to the seller-defined destination URL. Web Hooks help to optimize integration, automate workflows and reduce the number of times your application has to poll Walmart APIs within the throttle limits to determine if an event has occurred.

https://developer.walmart.com/doc/us/mp/us-mp-notifications/



https://developer.walmart.com/doc/us/mp/us-mp-notifications/



https://medium.com/walmartglobaltech/a-unified-multi-task-model-for-supporting-multiple-virtual-assistants-in-walmart-2b077c2c96e

| | |
|---|---|
| | Walmart has been supporting <u>voice shopping</u> through <u>Google Assistant</u> and <u>Siri</u> platforms (shopping domains) since 2018. For example, Walmart's customers can add *products* to their carts, search for refinement of *products* and *brands*, schedule pickup or delivery, or edit their shopping carts using the voice shopping assistant. <u>The shopping assistant should distinguish the intent (e.g., *add to cart*, *checkout*, *search refinements*, etc.) of users and their relevant entities (e.g., *product, brand, type, time references*, etc.) of intents.</u> https://medium.com/walmartglobaltech/a-unified-multi-task-model-for-supporting-multiple-virtual-assistants-in-walmart-2b077c2c96e |
| identifying, generating, or providing personalized recommendations for activities, products, services, | The accused instrumentality practices identifying, generating, or providing personalized recommendations for activities, products, services (e.g., providing product recommendations as per the customer's usual preferences, etc.). <br><br> As shown below, Walmart learns preferences of the customer by accessing their purchase history. Thus, when a user request for a 'milk' is received by the Walmart Text to shop bot, it provides the user with their usually ordered milk product. It also provides the user to choose from other options for a particular product. |

# Can I browse for new items or ask for options with Text to Shop?

Absolutely! If you're shopping for something you haven't bought before, text us the item you're looking for (in as little as one word), and we'll provide a few smart options to choose from. We'll remember your picks for next time, too.

Know exactly what you want? If it's an item on your regular shopping list (for example, "half gallon milk"), we'll use your purchase history to find it and add it right to your cart.

https://texttoshop.walmart.com/what-it-can-do



https://corporate.walmart.com/news/2022/12/14/text-to-shop-walmart-customers-can-now-shop-as-easily-as-texting



https://texttoshop.walmart.com/what-it-can-do

| presenting possible | The accused instrumentality practices presenting possible responses (e.g., swap item, |

| | |
|---|---|
| responses to the user by interact with the semantic web services by calling the services through the API and extracting one or more options or suggestions from the semantic web services through the API and confirming user responses by accessing a text messaging API or a phonebook API; | change quantity, book a time, etc.) to the user by interact with the semantic web services by calling the services through the API (e.g., order API, item search API, etc.) and extracting one or more options or suggestions from the semantic web services through the API and confirming user responses by accessing a text messaging API (e.g., a messages app) or a phonebook API.<br><br>As shown below, Walmart accesses the web service ("interact with semantic web services") using Webhook ("API") such as Orders API to provide a response to the user. The web service collects the relevant responses ("one or more options or suggestions") and provides them to the Walmart Text to shop bot to present them further to the user.<br><br>For example, when Walmart Text to shop bot receives the user command for placing a shopping order, Walmart Text to shop both confirms with the user whether the user would like to place the order restaurant to confirm the booking. In response to a user's reply such as 'Yes' in the message's app, Walmart Text to shop both confirms the order and notifies the user regarding delivery details.<br><br> **Order Management API Overview**<br><br>The Walmart Order APIs help sellers to manage their customer sales orders and to stay up-to-date on the order fulfillment process. Use the Order APIs to issue refunds, ship orders, acknowledge orders, cancel orders, and get all released orders.<br><br>When a customer places an order on Walmart.com, Walmart system creates a Sales Order that sellers use to generate the Purchase Order. A Sales Order can contain one or more Purchase Orders from multiple Sellers. Every unique item that is ordered in a Purchase Order has a line number.<br><br>https://developer.walmart.com/doc/us/mp/us-mp-orders/ |

## Order Process

To get a view of the entire workflow from Customer order to order delivery, see **Order Process** diagram. It shows all system checks, Seller API calls, and notifications sent to customers at stages of the order process.



https://developer.walmart.com/doc/us/mp/us-mp-orders/



https://developer.walmart.com/doc/us/mp/us-mp-orders/

 ## Notifications Overview

Push notifications or Web Hooks trigger alerts to seller applications when specific events occur, such as an item is unpublished, a new purchase order is created, an item's inventory is out of stock, etc. Whenever the trigger event occurs, Walmart will send a notification payload with event details to the seller-defined destination URL. Web Hooks help to optimize integration, automate workflows and reduce the number of times your application has to poll Walmart APIs within the throttle limits to determine if an event has occurred.

https://developer.walmart.com/doc/us/mp/us-mp-notifications/



https://developer.walmart.com/doc/us/mp/us-mp-notifications/



https://corporate.walmart.com/news/2022/12/14/text-to-shop-walmart-customers-can-now-shop-as-easily-as-texting



Image Credits: *Screenshot of Walmart Text to Shop*

https://techcrunch.com/2023/01/26/hands-on-with-walmarts-new-but-buggy-text-to-shop-feature/



https://techcrunch.com/2023/01/26/hands-on-with-walmarts-new-but-buggy-text-to-shop-

| | feature/ |
|---|---|



https://texttoshop.walmart.com/

| | |
|---|---|
| determining at least one responsive answer; and | The accused instrumentality practices determining at least one responsive answer (e.g., available delivery slots, etc.). |
| | As shown below, Walmart determines a response such as available time slots for the customer for delivery of items. |
| | What can I do with Walmart Text to Shop? |
| | With Walmart Text to Shop, you can take care of a whole shopping trip! |
| | All the basics:<br>· Search for groceries, household items, and anything else sold through Walmart's website or app<br>· Manage what's in your Walmart cart by adding or removing things<br>· Schedule a pickup or delivery time or even confirm the timing for a shipping item<br>· Checkout with only a few steps<br>https://www.walmart.com/cp/text-to-shop/4327215 |
| | Who am I texting through Walmart Text to Shop? |
| | The Walmart Text to Shop bot responds to your texts. When you text the bot, be specific so it can better understand you!<br>https://www.walmart.com/cp/text-to-shop/4327215 |



https://texttoshop.walmart.com/



https://texttoshop.walmart.com/

| responding to the user request. | The accused instrumentality practices responding to the user request (e.g., a confirmation text message for placing an order).<br><br>As shown below, Walmart text to shop bot provides confirmation of the order booking by |
| --- | --- |

|  | sending a text message to the customer.<br><br>What can I do with Walmart Text to Shop?<br><br>With Walmart Text to Shop, you can take care of a whole shopping trip!<br><br>All the basics:<br>• Search for groceries, household items, and anything else sold through Walmart's website or app<br>• Manage what's in your Walmart cart by adding or removing things<br>• Schedule a pickup or delivery time or even confirm the timing for a shipping item<br>• Checkout with only a few steps<br>https://www.walmart.com/cp/text-to-shop/4327215<br><br>Who am I texting through Walmart Text to Shop?<br><br>The Walmart Text to Shop bot responds to your texts. When you text the bot, be specific so it can better understand you!<br>https://www.walmart.com/cp/text-to-shop/4327215 |
| --- | --- |



https://texttoshop.walmart.com/



Shop

Cart

Schedule

**Checkout**
Confirm and place your order.

https://texttoshop.walmart.com/